ACCEPTED
03-16-00239-CV
13861084
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 4:31:28 PM
JEFFREY D. KYLE
CLERK

NO. 03-16-00239-CV

| ROSEMARY NWANKPA | ) | THE COURT OF APPEALS |
|---|---|---|
| | ) | |
| v. | ) | 3rd JUDICIAL DISTRICT |
| | ) | |
| CECILIA OBILOM | ) | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 4:31:28 PM
JEFFREY D. KYLE
Clerk

### APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW Rosemary Nwankpa ("Appellant") to urge the above-captioned motion and, in support hereof, shows the following:

#### I.

On April 8, 2016, Appellant perfected her appeal. On April 19, 2016, the *Clerk's Record* was filed. On October 27, 2016, the *Reporter's Record* was filed. Appellant's brief must therefore be submitted to the Court by or about November 27, 2016.

#### II.

Due to Appellant's counsel's workload, an additional but reasonable period time is requested to complete and submit Appellant's brief, to-wit: by December 21, 2016.

#### Prayer

WHEREFORE, Appellant prays that the time by which Appellant must file her brief be extended to December 21, 2016.

Respectfully submitted,



WILLIAM APT
Attorney at Law
812 San Antonio St,
Ste 401
Austin TX 78701
512/708-8300
512/708-8011 FAX
billyapt@gmail.com
Bar No 01282000

ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

The above-signed certifies that:

[X] The parties conferred about the merits of this motion.

[ ] The above-signed made a reasonable attempt to confer with opposing counsel about the merits of this motion.

The above-signed further certifies that opposing counsel:

[ ] Opposes this motion.

[X] Does not oppose this motion.

[ ] Is believed to not oppose this motion for the following reasons:  N/A.

## CERTIFICATE OF SERVICE

The above-signed certifies that a true copy of the foregoing was faxed or emailed on November 17, 2016 to:

Richard Anton
ANTON LAW OFFICE

VIA EMAIL